GEORGE W. MEAD, Respondent, v. MARY E. JENKINS et al., Appellants.

(Submitted April 20, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 15, 1885, which reversed a decree of the surrogate of Westchester county in proceedings to sell real estate.

*M. L. Cobb* and *Stephen S. Marshall* for appellants.

*Sewall Sergeant* for respondent.

Agree to affirm on opinion below.

All concur.

Judgment affirmed.

---

STEPHEN C. JACKSON et al., v. MINNIE SUYDAM et al.

(Argued April 21, 1888; decided June 5, 1888.)

APPEAL from order of the General Term of the City Court of Brooklyn, made December 27, 1887, which reversed an order of Special Term vacating two orders in the above entitled action made by said Special Term.

*Oliver J. Wells* for appellants.

*Edward M. Shepard* for respondent.

Agree to affirm; no opinion.

All concur.

Order affirmed.